710

60 So.2d 913

**Ex parte Leo M. BROWN.**
**1 Div. 516.**

Supreme Court of Alabama.
June 26, 1952.

McCorvey, Turner, Rogers, Johnstone & Adams, Mobile, for petitioner.

PER CURIAM.

Petition denied.

All the Justices concur.

62 So.2d 922

**I. L. CANNON v. Cleborn CANNON.**
**6 Div. 409.**

Supreme Court of Alabama.
Nov. 25, 1952.

PER CURIAM.

Appeal dismissed.

63 So.2d 901

**Joe CARROLL et al. v. Max W. MAT-**
**THEWS, Trustee in Bankruptcy.**
**7 Div. 168.**

Supreme Court of Alabama.
Jan. 15, 1953.

PER CURIAM.

Affirmed.

63 So.2d 901

**Ex parte Debbie COMPTON et al.**
**4 Div. 732.**

Supreme Court of Alabama.
Jan. 15, 1953.

C. L. Rowe, Elba, for petitioners.

PER CURIAM.

Rule nisi complied with; peremptory writ denied.

62 So.2d 922

**W. E. CRONIN v. CITY OF GREEN-**
**VILLE et al.**
**3 Div. 650.**

Supreme Court of Alabama.
Dec. 16, 1952.

PER CURIAM.

Appeal dismissed.

62 So.2d 922

**Robert James EASTERWOOD v. ALABAMA**
**OVERALL SERVICE et al.**
**6 Div. 433.**

Supreme Court of Alabama.
Nov. 25, 1952.

PER CURIAM.

Appeal dismissed.